## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Rachel S. Corn, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Baltimore Division, Baltimore, Maryland, being duly sworn, depose and state as follows:

1. I have been a Special Agent (SA) with the FBI since May 2006. Since September 2006, I have primarily investigated federal violations concerning child pornography and the sexual exploitation of children. I have gained experience through training in seminars, classes, and daily work related to conducting these types of investigations. Specifically, I have received FBI Crimes Against Children training, FBI Innocent Images Online Undercover training, and FBI Peer-to-Peer Network Online Investigation training. I have participated in the execution of numerous search warrants, of which the majority have involved child exploitation and/or child pornography offenses. Many of the child exploitation and/or child pornography search warrants resulted in the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various sections of Title 18, United States Code § 2252A involving child exploitation offenses. I have also participated in the execution of numerous search warrants for online accounts, such as email accounts, online storage accounts and other online communication accounts related to child exploitation and/or child pornography. In the course of my employment with the FBI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.





AUG 25 2014

1

ZAM

3.      This affidavit is made in support of an application for warrants to search the following locations (hereinafter referred to as the "TARGET LOCATIONS"):

Google Accounts:

a.      The following Google accounts and records that are stored at premises owned, maintained, controlled, or operated by: Google, Inc., a business with offices located at 1600 Amphitheatre Parkway, Mountain View, CA 94043;

1.      The Google account associated with the email address hotlaw40@gmail.com;

2.      The Google account associated with the email address luv2freak89@gmail.com;

3.      The Google account associated with the email address lovrforme58@gmail.com; and

Yahoo Accounts:

b.      The following Yahoo! Accounts and records that are stored at premises owned, maintained, controlled, or operated by: Yahoo! Inc., a business with offices located at 701 First Avenue, Sunnyvale, California 94089:

4.      The Yahoo account associated with the email address luv2freak89@yahoo.com;

AOL Accounts:

c.      The following AOL accounts and records that are stored at premises owned, maintained, controlled, or operated by: AOL, Inc., a business with offices located at 22000 AOL Way, Dulles, VA 20166:

5.      The AOL account associated with the email address hotlaw40@aol.com; and

6.      The AOL account associated with the email address lv2swg@aol.com;

for evidence of violations of Title 18, United States Code, Sections 2251(a) (production of child pornography), Title 18, United States Code, Section 2252A(a)(2)(distribution and receipt of child

2

ZAM 
ZAM

pornography), Title 18, United States Code, Section 2252A(a)(5)(B) (possession of child pornography), and of Title 18, United States Code, Section 2422(b) (enticement of a minor)..

4.   The statements in this affidavit are based in part on information provided by investigators of the Baltimore County Police Department and Special Agents of the FBI, as well as documents and reports prepared by investigators of the Baltimore City Department of Social Services and the Baltimore County Police Department, and on my experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violations of Title 18, United States Code, Sections 2251(a) (production of child pornography), Title 18, United States Code, Section 2252A(a)(2)(distribution and receipt of child pornography), Title 18, United States Code, Section 2252A(a)(5)(B)(possession of child pornography), and ), and of Title 18, United States Code, Section 2422(b) (enticement of a minor) are located within the TARGET LOCATIONS.

### SUMMARY CONCERNING CHILD PORNOGRAPHY, PERSONS WHO POSSESS AND COLLECT CHILD PORNOGRAPHY AND HOW USE OF COMPUTERS AND THE INTERNET RELATES TO THE POSSESSION, RECEIPT AND DISTRIBUTION OF CHILD PORNOGRAPHY

5.   Based on my investigative experience related to child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, I have learned that individuals who utilize the internet to view and receive images of child pornography are often individuals who have a sexual interest in children and in images of children, and that there are certain characteristics common to such individuals, including the following:

   a.   Individuals who have a sexual interest in children or images of children may receive sexual gratification, stimulation, and satisfaction from contact with children, or from

fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media, or from literature describing such activity.

b. Individuals who have a sexual interest in children or images of children may collect sexually explicit or suggestive materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media. Individuals who have a sexual interest in children or images of children oftentimes use these materials for their own sexual arousal and gratification. Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

c. Individuals who have a sexual interest in children or images of children frequently maintain their "hard copies" of child pornographic material, that is, their pictures, films, video tapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc., in the privacy and security of their home or some other secure location. Individuals who have a sexual interest in children or images of children typically retain pictures, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, child erotica, and videotapes for many years.

d. Likewise, individuals who have a sexual interest in children or images of children often maintain their collections that are in a digital or electronic format in a safe, secure and private environment, such as a computer or cellphone, and surrounding area. These collections are often maintained for several years and are kept close by, usually at the collector's residence, or in online storage, email accounts or other online communication accounts, to enable the individual to view the collection, which is valued highly.

e. Individuals who have a sexual interest in children or images of children also may correspond with and/or meet others to share information and materials, rarely destroy correspondence from other child pornography distributors/collectors, conceal such correspondence as they do their sexually explicit material, and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography. This data is typically in digital format, and often maintained on computers, cell phones and in online storage, email accounts or other online communication accounts.

f. Individuals who would have knowledge on how to distribute and receive digital images of child pornography through the use of Peer to Peer networks and other online methods would have gained knowledge of its location through online communication with others of similar interest. Other forums, such as bulletin boards, newsgroups, IRC chat or chat rooms have forums dedicated to the trafficking of child pornography images. Individuals who utilize these types of forums are considered more advanced users and therefore more experienced in acquiring a collection of child pornography images.

g. Individuals who have a sexual interest in children or images of children prefer not to be without their child pornography for any prolonged time period. This behavior

has been consistently documented by law enforcement officers involved in the investigation of child pornography.

6. Based on my investigative experience related to computer and internet related child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, I have learned the following:

a. Computers and computer technology have revolutionized the way in which child pornography is produced, distributed, and utilized. It has also revolutionized the way in which child pornography collectors interact with each other. Child pornography formerly was produced using cameras and film (either still photography or movies.) The photographs required darkroom facilities and a significant amount of skill in order to develop and reproduce the images. As a result, there were definable costs involved with the production of pornographic images. To distribute these on any scale also required significant resources. The photographs themselves were somewhat bulky and required secure storage to prevent their exposure to the public. The distribution of these wares was accomplished through a combination of personal contact, mailings, and telephone calls. Any reimbursement would follow these same paths.

b. The development of computers, smartphones and the internet have added to the methods used by child pornography collectors to interact with and sexually exploit children. Computers, smartphones and the internet serve four functions in connection with child pornography. These are production, communication, distribution, and storage.

c. Child pornographers can now transfer photographs from a camera onto a computer-readable format. With the advent of digital cameras, the images can now be transferred directly onto a computer. A device known as a modem allows any computer to connect to another computer through the use of telephone, cable, or wireless connection. Electronic contact can be made to literally millions of computers around the world. The ability to produce child pornography easily, reproduce it inexpensively, and market it anonymously (through electronic communications) has drastically changed the method of distribution and receipt of child pornography.

d. Child pornography can be transferred via electronic mail or through file transfer protocols (FTP) to anyone with access to a computer and modem. Because of the proliferation of commercial services that provide electronic mail service, chat services (i.e., "Instant Messaging"), easy access to the Internet, and online file sharing and storage, the computer is a preferred method of distribution and receipt of child pornographic materials.

e. The Internet and its World Wide Web afford collectors of child pornography several different venues for obtaining, viewing, and trading child pornography in a relatively secure and anonymous fashion. Collectors and distributors of child pornography use online resources to retrieve and store child pornography, including services offered by Internet Portals such as AOL Inc., Yahoo! and Google, Inc., Facebook, Dropbox, Instagram, among others. The online services allow a user to set up an account with a remote computing service that provides e-mail services, file exchange services, messaging services, as well as electronic

storage of computer files in any variety of formats. A user can set up an online storage account from any computer with access to the Internet. Email accounts, online storage accounts, and other online communication accounts allow users to save significant amounts of data, including email, images, videos, and other files. The data is maintained on the servers of the providers, and is occasionally retained by the providers after the user deletes the data from their account.

    f.  In my recent investigative experience, as well as recent discussions with law enforcement officers, I know that individuals who collect child pornography are using email accounts, online storage accounts, and other online communications accounts to obtain, store, maintain, and trade child pornography with growing frequency, in addition to, or as an alternative to, the use of personal devices.

  7.  Based on traits shared by collectors, the use of email, online storage accounts, and other online communication accounts, and the increased storage capacity of computers and server space over time, there exists a fair probability that evidence regarding the distribution, receipt and possession of child pornography will be found in the TARGET LOCATIONS notwithstanding the passage of time.

## GOOGLE

  8.  Google provides numerous free services to the users with a Google profile. Some of services include, Gmail, Google Talk, Google Wallet, Google+, Google Drive, Picasa Web Albums, and YouTube. Gmail is a web based email service. Google Talk is an instant messaging service that provides both text and voice communication. Google Talk conversation logs are saved to a "Chats" area in the user's Gmail account. Google Wallet is a mobile payment system that allows its users to store debit cards, credit cards, loyalty cards and gift cards, among other things, on their mobile phones. Google+ is a social networking service. Google Drive is a file storage and synchronization service which provides users with cloud storage, file sharing, and collaborative editing. Picasa Web Albums is an image hosting and sharing web service that allows users with a Google account to store and share images for free. YouTube is a free video sharing website that allows users upload, view and share videos.

## YAHOO!

9. Yahoo! provides numerous free services to the users with a Yahoo account. Some of the services include Mail, Flickr, and Messenger. Yahoo Mail is a web based email service. Flickr is an image and video hosting website that offers private and public image storage. A user uploading an image can set privacy controls that determine who can view the image. Yahoo Messenger is an instant messaging service that provides text and voice communication. Users can also share files and images through the Messenger service.

## AOL

10. AOL provides numerous free services to the users with an AOL account. Some of the services include Mail and AIM. AOL Mail is a web based email service. AIM is an instant messaging service that provides text and voice communication. Users can also share files and images through the AIM service. New versions of AIM log and store a month's worth of conversation history.

## PROBABLE CAUSE

### A. Background

11. On March 28, 2014, Baltimore County investigators interviewed John Doe, age 12. During the interview, John Doe advised he had recently communicated with an individual, he believed to be a 13 year old female named Gail, via text messages. Gail utilized the phone number 443-218-6118 during the communications. During the text conversations, Gail told John Doe that she knew John Doe's relative, Michael Montague. John Doe calls Montague "Mickey" and advised that Montague's phone number was 443-488-4858. John Doe explained that Montague sent John Doe naked pictures of Gail to John Doe's cell phone. Gail asked John Doe for naked pictures and John Doe admitted to sending Gail a picture of his "private area."

Z AM Case 1:14-mj-01740-SAG   Document 3   Filed 08/25/14   Page 8 of 14

12.     On March 28, 2014, John Doe's legal guardian provided consent to Baltimore County Detective Aaron Maisano to search John Doe's cell phone. Detective Maisano observed the following chat excerpt on John Doe's cell phone, which occurred on March 8, 2014:

| | |
|---|---|
| John Doe: | Ya |
| 443-488-4858: | (Picture of a naked female seated on the floor exposing her breasts and vagina to the camera.) |
| John Doe: | Can u send me some more pics of her |
| 443-488-4858: | Call me |
| John Doe: | Ho is this |
| 443-488-4858: | *[relative]*[1] Mickey |
| John Doe: | Oh ha |
| John Doe: | Can you send me some more pics of gl |
| 443-488-4858: | Call me so I can talk to you about her Pics |
| John Doe: | Ok |
| John Doe: | I just tried to call u did not answer the phone |
| 443-488-4858: | Gail (Picture of a naked female squatting exposing her breasts and vagina). |
| 443-488-4858: | Gail (Picture of a naked female seated exposing her breasts and digitally penetrating her vagina). |
| 443-488-4858: | Gail (Close up picture of an exposed and vagina). |
| 443-488-4858: | Check your gmail |

---

[1] The text message indicates the relationship to the minor male victim, so it has been redacted pursuant to 18 U.S.C. § 3509(d).

13. On March 28, 2014, John Doe's legal guardian provided consent to Detective Maisano to search John Doe's email account. Detective Maisano observed the following:

    a. An email sent on March 3, 2014, from **luv2freak89@yahoo.com.** The display name for luv2freak89@yahoo.com was Discrete Lover. Attached to the email an image titled "IMG_20121015_174208.jpg." I reviewed the picture and the picture depicts a female, of undeterminable age, wearing underwear and covering her bare breasts with her hands and arms.

    b. An email sent on March 8, 2014, from **luv2freak89@gmail.com.** The display name for luv2freak89@gmail.com was Brianna Bostick. Attached to the email an image titled "IMG_20140303_140837.jpg." I reviewed the picture and the picture depicts a naked female, of undeterminable age, with her genitalia exposed to the camera.

    c. An email sent on March 8, 2014, from **luv2freak89@gmail.com.** The display name for luv2freak89@gmail.com was Brianna Bostick. Attached to the email an image titled "IMG_20140303_140733.jpg." I reviewed the picture and the picture depicts a female, of undeterminable age, exposing her breast and vagina to the camera.

    d. An email sent on March 10, 2014, from **hotlaw40@gmail.com.** The display name for hotlaw40@gmail.com was Michael Montague. The email was titled "Gail." Attached to the email was a video title VID_20140309_232858-1.3gp. I have reviewed the video and the video depicts a naked female, of undeterminable age, masturbating.

14. According to the Maryland Judiciary Case Search website, on August 10, 2009, Montague was convicted of "Sex Offense Third Degree" under Maryland Criminal Law Article, 27.464B, and "Child Abuse: Parent" under Maryland Criminal Law Article, 27.35C.(b).(1), in the Circuit Court of Baltimore County. Montague, born in 1950, is currently a registered sex offender.

15. On March 28, 2014, a search and seizure warrant for Montague's residence, 7502 Digby Road, Gwynn Oak, Maryland 21207, was applied for and granted by the Honorable Judge Chester of the Baltimore County District Court (a copy of the said search and seizure warrant is attached hereto and incorporated herein by reference as Attachment C).

16. On March 28, 2014, the search warrant for Montague's residence was executed. Montague was present during the execution of the search warrant and was advised of his rights per *Miranda*. Montague stated that he understood his rights and agreed to be interviewed.

9

Montague advised that he was "playing a game with" John Doe. Montague explained that John Doe thought he was communicating with a female named Gail, but John Doe was actually communicating with Montague who was pretending to be Gail. Montague stated he sent John Doe pictures of a female's vagina and that "Gail" requested pictures of John Doe in return. Montague denied receiving pictures of John Doe's penis.

17. During the interview Montague advised that his cell phone number was 443-488-4858 and that no one else used that cell phone number. Montague also advised that he used the email addresses **hotlaw40@aol.com, hotlaw40@gmail.com, lv2swg@aol.com, and luv2freak89@gmail.com**. Montague stated that no one had the passwords to his email accounts and that no one else used his email accounts.

18. Baltimore County Forensic Examiner (FE) Alex Zaferiou forensically examined John Doe's cell phone, described as a Samsung SCH-R740C Galaxy Discover cell phone. Below are some examples of email messages found during the forensic examination of John Doe's cell phone:

    a. An email sent on March 2, 2014, from "Discrete Lover <**luv2freak89@gmail.com**>," was titled "Re: Pic." The email contained the following text "Still no picture. U must be doing something wrong"

    b. An email sent on March 3, 2014, from "Discrete Lover <**luv2freak89@gmail.com**>," was titled "Re: Pic." The email contained the following text "When I get pics of you, you will get pics of me."

    c. An email sent on March 8, 2014, from "**lv2swg@aol.com**," was titled "Fwd:" The email contained the following text "i love that dick, it has a very nice head, i want to feel my hand on it, i want to suck on it till its good and hard and then put it in my pussy and fuck me good till i call your name. I'm trying real hard to get mickey to get us together so i can get that dick. so call him, do whatever it takes so i can have that dick. i want you bad. PLEASE, PLEASE, dont let anyone see these pics or know what we are trying to do.

19. The forensic examination of John Doe's also cell phone revealed text messages between John Doe's cell phone number, "Gail's" cell phone number, 443-218-6118, and

10

Z #M

Montague's phone number, 443-488-4858, between February 16, 2014 and March 26, 2014. Below are some examples of text messages found during the forensic examination of John Doe's cell phone:

    a.    On February 21, 2014, at 22:16 GMT, 443-218-6118 sent: I know your *[relative]* Mickey

    b.    On February 21, 2014, at 22:21 GMT, 443-218-6118 sent: He knows my mom. He really a nice guy and I can talk to him about anything

    c.    On February 21, 2014, at 22:31 GMT, 443-218-6118 sent: U want me to have him send a pic of me

    d.    On February 21, 2014, at 22:34 GMT, 443-218-6118 sent: Can u send him a pic of you too

    e.    On February 23, 2014, at 15:23 GMT, 443-218-6118 sent: Can I see a pic of your thing. I'll send you a pic of mind

    f.    On February 23, 2014, at 15:45 GMT, 443-218-6118 sent: Will u send me a pic too

    g.    On March 1, 2014, at 9:45 GMT, 443-218-6118 sent: **lovforme58@gmail.com**

    h.    On March 1, 2014, at 10:05 GMT, 443-218-6118 sent: But I always use **luv2freak89@yahoo.com**. I can send and receive better from there.

    i.    On March 1, 2014, at 21:06 GMT, 443-218-6118 sent: My new email is **luv2freak89@gmail.com**.

    j.    On March 2, 2014, at 16:20 GMT, 443-218-6118 sent: I'll show mine if you show me yours.

    k.    On March 3, 2014, at 10:05 GMT, John Doe's cell phone number sent: Did u look at your email

    l.    On March 3, 2014, at 00:15 GMT, 443-218-6118 sent: What did u send

    m.    On March 3, 2014, at 00:16 GMT, John Doe's cell phone number sent: My pic of dick

    20.    The forensic examination of John Doe's cell phone also revealed numerous images. I reviewed one image, titled "IMG_20140302_23510-1.jpg," and the image depicts a hand touching an exposed erect penis. This image was taken with a Samsung SCH-R740C

2-AM

camera (the same make and model of John Doe's cell phone). The two images described in Paragraph 13b and 13c were also found on John Doe's cell phone.

21.     The evidence items seized from 7502 Digby Road, Gwynn Oak, Maryland 21207 were forensically examined by FE Zaferiou. FE Zaferiou examined a Cricket ZTE N8000 cell phone and 4GB Micro SD card found inside the cell phone that was seized from Montague's residence. During the examination FE Zaferiou recovered the list of apps installed on the cell phone. One of the apps included Hide pictures – KeepSafe Vault[2]." Inside the KeepSafe App were pornographic images to include the pornographic images and video sent to John Doe's email account that are described in Paragraph 13a-d and the pornographic image described in Paragraph 20 (the image of the erect penis created with a camera that is the same make and model of John Doe's cell phone). FE Zaferiou also determined that the email addresses being used on the cell phone were **hotlaw40@aol.com, lovrforme85@gmail.com, luv2freak89@gmail.com, lv2swg@aol.com, luv2freak89@yahoo.com, and hotlaw40@gmail.com.**

### B. Subscriber Information of Email Accounts

22.     An administrative subpoena was served on Google requesting subscriber information relating to the email account **hotlaw40@gmail.com**. Google provided the following information relating to the account:

        Name:                              Michael Montague
        Recovery/Alternate Email: **lv2swg@aol.com**
        Created On:                07/13/2011-23:14:14 UTC
        SMS:                              **4434884858**

---

[2] The Keepsafe App advertises that selected pictures vanish from a user's photo gallery and stay locked behind an easy-to-use PIN pad. With KeepSafe, only the user can see the hidden pictures.

23. An administrative subpoena was served on Google requesting subscriber information relating to the email account **lovrforme58@gmail.com**. Google provided the following subscriber information relating to the account:

| | |
|---|---|
| Name: | discrete lover |
| Recovery Email: | **lv2swg@aol.com** |
| Created On: | 10/06/2013-18:36:20 UTC |
| SMS: | **4434884858** |

24. An administrative subpoena was served on Google requesting subscriber information relating **luv2freak89@gmail.com**. Google provided the following subscriber information relating to the account:

| | |
|---|---|
| Name: | Brianna Bostick |
| Recovery/Alternate Email: | **luv2freak89@yahoo.com** |
| Created On: | 01/09/2013-00:05:00 UTC |
| SMS: | **4434884858** |

25. An administrative subpoena was served on Yahoo requesting subscriber information relating to the email account **luv2freak89@yahoo.com**. Yahoo provided the following information relating to the account:

| | |
|---|---|
| Full Name: | Ms Brianna Bostick |
| Alternate Communication Channels: | **lv2swg@aol.com** (verified) |
| Account Created: | 03/12/2008 17:33:18 GMT |
| Zip Code: | 21207 |
| Account Status: | Active |

26. An administrative subpoena was served on AOL requesting subscriber information relating to the email account **hotlaw40@aol.com**. AOL provided the following information relating to the account:

| | |
|---|---|
| Name: | Michael Montague |
| Address: | 7502 Digby Road, Baltimore, MD 21207 |
| Member Since: | 11/04/1999 |
| Account Status: | Active |

27. An administrative subpoena was served on AOL requesting subscriber information relating to the email account **lv2swg@aol.com**. AOL provided the following information relating to the account:

    Name:    Michael Montague
    Address:    7502 Digby Road,
        Baltimore, MD 21207
    Member Since:    11/04/1999
    Account Status:    Active

28. An administrative subpoena was served on Cricket requesting subscriber information relating to the phone number **443-488-4858**. Cricket provided the following information relating to the account:

    Customer Name:    Michael Montague
    Customer Address:    7502 Digby Road,
        Baltimore, MD 21207
    Account Created:    03/28/2011

## CONCLUSION

29. Based on the foregoing, I respectfully submit that there is probable cause to believe that the aforementioned federal statutes have been violated and that there is probable cause to believe that evidence of these crimes can be found in the TARGET LOCATIONS.

30. WHEREFORE, I respectfully requests that the Court issue a search warrant to search the items listed in Attachment A1, A2, and A3 of this affidavit, to seize any items located pursuant to the search as described in Attachment B1, B2, and B3.

                              _____
                              Special Agent Rachel S. Corn
                              Federal Bureau of Investigation

Sworn and subscribed before me
this ___ 15 day of August, 2014

_____
HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE